IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUNTER MACCREA | : | CIVIL ACTION |
|            Plaintiff | : | |
| | : | |
| v. | : | |
| | : | NO. 25-6929 |
| DEWALT, DEWALT INDUSTRIAL TOOL CO., DEWALT, INC.; BLACK & DECKER (U.S.), INC., BLACK & DECKER CORPORATION; HOME DEPOT U.S.A., INC., HOME DEPOT, HOME DEPOT STORE, HOME DEPOT, INC.; STANLEY BLACK & DECKER; JOHN DOE(S) I-V; JOHN DOE(S) VI-X | : | |
|            Defendants | : | |

## NOTICE OF REMOVAL

TO THE CLERK OF COURT:

Defendants, DeWalt, DeWalt Industrial Tool Co., DeWalt, Inc., Black & Decker (U.S.), Inc., Black & Decker Corporation and Stanley Black & Decker, by and through their attorneys, Bradley D. Remick, Esquire and Marshall Dennehey, P.C., hereby respectfully file the Notice of Removal of this action, which is currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, Docket No. 251102007, to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and in support thereof show the Court the following.

**I.     Factual and Procedural History**

1.     Plaintiff instituted this action on November 13, 2025 by filing a Complaint in the Court of Common Pleas of Philadelphia County.  Plaintiff's Complaint is attached hereto as Exhibit A.

2. This is a product liability action in which plaintiff claims to have suffered severe injury while using a circular drill.

3. The Complaint was served via Certified Mail on DeWalt, DeWalt Industrial Tool Co., DeWalt, Inc., Black & Decker (U.S.), Inc., Black & Decker Corporation and Stanley Black & Decker on November 14, 2025.

4. The Complaint was served on Home Depot U.S.A., Inc., Home Depot, Home Depot Store and Home Depot, Inc. via registered agent on November 28, 2025.

II. **Diversity of Citizenship exists among the parties.**

5. Based on the averments in the Complaint, plaintiff is a citizen and resident of the State of New Jersey, residing at 1907 Little Drive, Deptford, New Jersey 08096.

6. Defendants, DeWalt, DeWalt Industrial Tool Co. and DeWalt, Inc. are Maryland Corporations with a principal place of business in Baltimore, Maryland.

7. Defendants, Black & Decker (U.S.), Inc., Black & Decker Corporation and Stanley Black and Decker are Delaware Corporations with a principal place of business in New Britain, Connecticut.

III. **The Amount in Controversy requirement is met.**

8. A Federal District Court has "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between – (1) citizens of different states." 28 U.S.C. § 1332.

9. Although Plaintiff does not quantify his exact damages, he seeks compensation in excess of $50,000, as directly stated in his Complaint. (See generally, Exhibit A). The damages allegedly sustained by the plaintiff are potentially in excess of $75,000.00.

**IV.     Defendants have complied with all procedural requirements for removal.**

10.     This Civil Action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, because there exists diversity of citizenship between the parties, and the amount in controversy is in excess of $75,000 exclusive of interest and costs. Accordingly, this matter is one which may be removed to this Court by notice pursuant to 28 U.S.C. §§ 1441 and 1446.

11.     This Notice of Removal has been filed within thirty days after service of plaintiff's Complaint.

12.     All defendants who have been served with the Complaint consent to the removal of this action to this court.  See consent of defendants, Home Depot U.S.A., Inc., Home Depot, Home Depot Store and Home Depot, Inc. attached hereto as Exhibit B.

13.     Written notice of the filing of this Notice of Removal has been given to all adverse parties in accordance with 28 U.S.C. § 1446(d), and is noted in the Certificate of Service attached hereto.

14.     This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) because this case was initially brought in a state court within the geographical area of the Eastern District of Pennsylvania, and because this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a).

15.     Promptly after filing in this Court and the assignment of a Civil Action Number, this Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, defendants, DeWalt, DeWalt Industrial Tool Co., DeWalt, Inc., Black & Decker (U.S.), Inc., Black & Decker Corporation and Stanley Black & Decker, hereby remove this action from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

*s/ Bradley D. Remick*
BRADLEY D. REMICK, ESQUIRE
PA Attorney I.D. #49449
Atty. for defendants, DeWalt, DeWalt
Industrial Tool Co., DeWalt, Inc.,
Black & Decker (U.S.), Inc., Black & Decker
Corporation and Stanley Black & Decker
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(P) 215-575-2762
(F) 215-575-0856
bdremick@mdwcg.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Removal was served this date, via electronic mail, to the following:

Thomas F. Sacchetta, Esquire
Tyler Sacchetta, Esquire
SACCHETTA & BALDINO
308 East Second Street
Media, PA  19063
P 610-891-9212
*Attorneys for Plaintiff*

                          **MARSHALL DENNEHEY, P.C.**

                          *s/ Bradley D. Remick*
                          BRADLEY D. REMICK, ESQUIRE
                          PA Attorney I.D. #49449
                          Atty. for defendants, DeWalt, DeWalt
                          Industrial Tool Co., DeWalt, Inc.,
                          Black & Decker (U.S.), Inc., Black & Decker
                          Corporation and Stanley Black & Decker
                          2000 Market Street, Suite 2300
                          Philadelphia, PA  19103
                          (P) 215-575-2762
                          (F) 215-575-0856
                          bdremick@mdwcg.com

DATE:  December 10, 2025